**FILED**
**SEPTEMBER 19, 2019**
**In the Office of the Clerk of Court**
**WA State Court of Appeals, Division III**

# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON
## DIVISION THREE

| | | |
|---|---|---|
| STATE OF WASHINGTON, | ) | |
| | ) | No.    35567-5-III |
| Respondent, | ) | |
| | ) | |
| v. | ) | ORDER WITHDRAWING |
| | ) | OPINION |
| JEREMY JOSEPH ALVAREZ, | ) | |
| | ) | |
| Appellant. | ) | |

THE COURT on its own motion finds that the opinion filed September 17, 2019, should be withdrawn.

THEREFORE, IT IS ORDERED, the opinion filed September 17, 2019, is hereby withdrawn and a new opinion shall be filed hereafter.

FOR THE COURT:

_Lawrence-Berrey, C.J._

Lawrence-Berrey, C.J.
Chief Judge